UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                          Chapter 11

Central Processing Services, LLC,                               Case No. 19-43217

    Debtor.                                              Hon. Phillip J. Shefferly

_____/

### ORDER DENYING UNITED STATES OF AMERICA'S MOTION FOR ACCOUNTING, DISGORGEMENT, AND OTHER RELIEF

On November 5, 2019, the Court issued an Opinion Denying United States of America's Motion for Accounting, Disgorgement, and Other Relief ("Opinion") (ECF No. 153). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the United States of America's Motion for Accounting, Disgorgement, and Other Relief (ECF No. 135) is denied.

**Signed on November 05, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge